IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cheryl Anne Hodolitz<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>20-13219-mdc |
| Nationstar Mortgage LLC<br>    Movant.<br>v. | CHAPTER 13 |
| Cheryl Anne Hodolitz<br>    Debtor/Respondent, | 11 U.S.C. § 362 |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | |

NATIONSTAR MORTGAGE LLC'S
NOTICE OF DEFAULT OF STIPULATION

**RE: PROPERTY KNOWN AS 3631 Richmond Street, Philadelphia, PA 19134**

TO:
Cheryl Anne Hodolitz
3631 Richmond Street
Philadelphia, PA 19134

Brad J. Sadek, Esquire, Sadek Law Offices LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
Sent via electronic notification: brad@sadeklaw.com

    You are hereby notified that the Debtor is in default of the terms of the Stipulation entered into by the parties and approved by the Court. The Debtor has failed to make the following payments and late charges:

Regular payments of $886.14 from February 1, 2024 through March 1, 2024 which total $1,772.28;
Attorney fee of $100.00 for this Notice of Default
Less Debtor's Suspense ($37.08)

**TOTAL DEFAULT AS OF MARCH 18, 2024 IS $1,835.20**

If the default continues to the following month, the Debtor shall include funds to cure that month's default as well. Pursuant to the terms of the Stipulation, the full cure of the default must be via certified funds, money orders or cashier's check, with the loan number clearly written thereon and made payable to Nationstar Mortgage LLC. Please remit all payments to: PO Box 619094, Dallas, Texas 75261-9741.

The default must be cured within 15 days from the date below or Movant shall file a Certification of Default with the Court, and request the Court to enter an Order granting Movant relief from the Automatic Stay.

Respectfully submitted,

Dated: March 19, 2024

By: */s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

File #: 20-065514